# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONESTOWN BANK & TRUST COMPANY, and CINCINNATI INSURANCE COMPANY,** : **Plaintiffs** : : v. : : **NATIONAL BANK OF CANADA, ROYAL BANK OF CANADA, and WACHOVIA BANK, N.A.,** : **Defendants** : | **CIVIL ACTION NO. 1:05-CV-085** **(Judge Conner)** |

## **O R D E R**

AND NOW, this 9th day of January, 2006, upon consideration of the parties Stipulation of Dismissal (Doc. 27), it is hereby ORDERED that this matter is DISMISSED with prejudice.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge